**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**EVANSVILLE DIVISION**

IN RE: )
JASON ERIC PACE ) CASE NO.16-70768–BHL-13
JACLYNN MICHELLE PACE )
DEBTOR(S) )

**TRUSTEE'S OBJECTION TO CLAIM**

Comes now Robert P. Musgrave, Trustee, and having reviewed the claim and other relevant pleadings and documents in this cause does now OBJECT pursuant to FRBP 3007(a) to the claim of Cavalry SPV I, LLC, Trustee Claim #027/Court Claim #017, for the following reason:

1. Interest rate exceeds amount permitted by In re Till
2. Secured amount exceeds the replacement value of collateral, which the Trustee estimates to be $5,000.00.
3. No proof of perfection

**WHEREFORE**, the Trustee prays the Court order that the claim should be classified and paid as general unsecured, and for all other relief deemed appropriate in the premises.

**Notice**

You are hereby notified that you have thirty (30) days from the date below to file a response to the Trustee's Objection to Claim above. In accordance with Local Rule S.D. Ind. B 9013-1, such response should be in writing and filed with the office of the clerk at 352 Federal Building, 101 NW ML King Jr. Blvd, Evansville, IN 47708, with a copy to the Trustee at the address below. If no response is timely filed, then the Court may enter an order sustaining the objection to claim(s) without further notice.

Respectfully Submitted,

/s/Robert P. Musgrave

April 5, 2017

Robert P. Musgrave
Chapter 13 Trustee
P.O. Box 972
Evansville, IN 47706-0972
Telephone: (812) 424-3029
Fax: (812) 433-3464
Email address: chap13@trustee13.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing pleading was served upon the following parties, either personally, electronically or by first-class mail April 5, 2017:

U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204

KEVIN S. KINKADE
ATTORNEY AT LAW
123 N.W. 4TH ST., STE. 201
EVANSVILLE, IN 47708-1725

I further certify that on April 5, 2017, a copy of the foregoing Trustee's Objection to Claim was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

JASON ERIC PACE
JACLYNN MICHELLE PACE
335 W MAIN STREET
ELBERFELD, IN 47613-

CAVALRY SPV I, LLC
C/O BASS & ASSOCIATES, P.C.
3936 E FT. LOWELL ROAD, STE 200
TUSCON, AZ 85712

/s/Robert P. Musgrave
Robert P. Musgrave
Chapter 13 Trustee
P.O. Box 972
Evansville, IN 47706-0972
Telephone: (812) 424-3029
Fax: (812) 433-3464
Email address: chap13@trustee13.com